IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| KENNETH ANDERSON and JENNIFER ANDERSON | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 123-159 |
| BOJ of WNC, LLC, | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

Defendant removed this case to the Southern District of Georgia from the Superior Court of Richmond County on October 20, 2023. (Doc. no. 1.) The Clerk of Court issued a Removal Notice to All Counsel of Record the same day, informing Plaintiffs' counsel in Superior Court, that he must file a notice of appearance or a motion for admission *pro hac vice* within ten days if he intended to continue representing Plaintiffs. (Doc. no. 3.) Mr. Chris C. Johnson has not made an appearance, and no other attorney has appeared on any Plaintiffs' behalf.

By no later than Wednesday, November 15, 2023, Mr. Johnson shall file a notice of appearance, file a *pro hac vice* motion, or otherwise file a notice for the record of who will be representing the Plaintiffs in this case. The Court **DIRECTS** the **CLERK** to serve this Order on Mr. Johnson by email and United States Mail and document the same on the record.

SO ORDERED this 8th day of November, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA