IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| KENNETH ANDERSON and JENNIFER ANDERSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 123-159 |
| BOJ OF WNC, LLC, | ) ) | |
| Defendant. | ) | |

**REVISED SCHEDULING ORDER**

Having considered the parties' joint motion to extend the discovery period, (doc. no. 11), and statement of intent to participate in private mediation, (doc. no. 14), the Court **GRANTS** the motion and revises the case deadlines as follows:

| | |
|---|---|
| CLOSE OF DISCOVERY | August 13, 2024 |
| DEADLINE TO CONDUCT PRIVATE MEDIATION | September 13, 2024 |

The parties shall advise the Court as to the status of the case by no later than September 20, 2024, and if the case is not resolved, the parties shall submit a joint proposed Amended Scheduling Order by that same date.  All provisions of the prior Scheduling Order not revised herein shall remain in full force and effect.

SO ORDERED this 14th day of May, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA