IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

KENNETH ANDERSON and
JENNIFER ANDERSON,

    Plaintiffs,

    v.

BOJ OF WNC LLC,

    Defendant.

CV 123-159

O R D E R

Before the Court is the Parties' stipulation dismissing with prejudice all claims and counterclaims asserted in the above-styled action. (Doc. 26.) Because all Parties have signed the stipulation, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of April, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA